**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **TALEN ENERGY SUPPLY, LLC,** *et al.,* | § | **Case No. 90054 (MI)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| ------------------------------------------------------- | § | |
| | § | |
| **TALEN ENERGY SUPPLY, LLC,** | § | **Adversary Proc. No. 22-03271** |
| **TALEN ENERGY MARKETING, LLC,** | § | |
| **TALEN MONTANA, LLC, and** | § | |
| **NUECES BAY, LLC,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **STATE OF MONTANA,** | § | |
| | § | |
| **Defendant.** | § | |
| ------------------------------------------------------- | § | |

**DEBTOR PLAINTIFFS' UNOPPOSED MOTION
TO DISMISS WITH PREJUDICE AND CLOSE ADVERSARY PROCEEDING**

Talen Energy Supply, LLC ("**TES**"), Talen Energy Marketing, LLC ("**TEM**"),

Talen Montana, LLC ("**Talen Montana**"), and Nueces Bay, LLC ("**Nueces Bay**" and collectively

with TES, TEM, and Talen Montana, the "**Debtor Plaintiffs**"), as debtors and debtors in

possession in the above-captioned chapter 11 cases, and as Debtor Plaintiffs in the above-captioned

adversary proceeding (the "**Severed Adversary Proceeding**"), respectfully represent as follows

in support of this motion (the "**Motion**"):

---

[1]   A complete list of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims
and noticing agent at https://cases.ra.kroll.com/talenenergy.  The Debtors' primary mailing address is
1780 Hughes Landing Boulevard, Suite 800, The Woodlands, Texas 77380.

**Relief Requested**

1.        Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, the Debtor Plaintiffs request dismissal with prejudice of all claims asserted against the State of Montana ("**Montana**") in the Severed Adversary Proceeding and closure of the Severed Adversary Proceeding, pursuant to paragraph 6 of the comprehensive agreement between Talen Montana, NorthWestern Corporation, and Montana approved by the *Stipulation and Order (I) Resolving Montana's Lift Stay Motion and Debtor Plaintiffs' Stay Extension Motion with Respect to the Riverbed Action; (II) Modifying the Automatic Stay on a Limited Basis; and (III) Enjoining Parties From All Other Actions in the Riverbed Action* [Case No. 22-90054, Docket No. 1229; Adv. Pro. No. 22-03271, Docket No. 57] (the "**Riverbed Action Stipulation and Order**"), a copy of which is annexed hereto as **Exhibit A**.

2.        A proposed form of order granting the relief requested herein is annexed hereto as **Exhibit B** (the "**Proposed Order**").

**Jurisdiction**

3.        The United States Bankruptcy Court for the Southern District of Texas (the "**Court**") has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

4.        Commencing on May 9, 2022, each of the Debtors filed with this Court a voluntary case under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**The Severed Adversary Proceeding**

5.       On July 17, 2022, the Debtor Plaintiffs filed (a) an adversary complaint (the "**Adversary Complaint**") against the parties listed in Appendix A thereto (the "**Adversary Proceeding Defendants**"), including, *inter alia*, Montana [Adv. Pro. No. 22-03219, Docket No. 1], initiating the adversary proceeding styled as *Talen Energy Supply et al. v. Those Parties Listed in Appendix A to the Complaint* (the "**Adversary Proceeding**") and (b) the *Debtor Plaintiffs' Emergency Motion for an Order (I) Extending the Automatic Stay to the Protected Parties in Certain Prepetition Actions and (II) Preliminarily Enjoining Such Actions* [Adv. Pro. No. 22-03219, Docket No. 2] (the "**Stay Extension Motion**")[2].  The Adversary Complaint and Stay Extension Motion, among other things, sought to enjoin the continuation of the prepetition lawsuit styled *State of Montana v. Talen Montana, LLC f/k/a PPL Montana, LLC, et al.*, Case No. CV 16-35-H-DLC (the "**Riverbed Action**"), pending in the U.S. District Court for the District of Montana.

6.       On July 22, 2022, the Debtor Plaintiffs and the Adversary Proceeding Defendants filed the *Stipulation and Agreed Order Adjourning Hearing on Debtor Plaintiffs' Emergency Motion* [Adv. Pro. No. 22-03219, Docket No. 12], which the Bankruptcy Court entered on July 25, 2022 [Adv. Pro. No. 22-03219, Docket No. 13].

7.       On August 4, 2022, Montana filed an answer to the Adversary Complaint [Adv. Pro. No. 22-03219, Docket No. 16].

8.       On August 8, 2022, Montana filed the *Motion to Modify the Automatic Stay* with respect to the Riverbed Action in the Chapter 11 Cases [Case No. 22-90054,

---

2       Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Stay Extension Motion.

Docket No. 1035] (the "**Lift Stay Motion**") seeking to lift the automatic stay pursuant to section 362 of the Bankruptcy Code to pursue the Riverbed Action.

9.     On August 18, 2022, Montana filed the *Objection of State of Montana to Plaintiffs' Emergency Motion for an Order (I) Extending the Automatic Stay in Certain Prepetition Actions, and (II) Preliminarily Enjoining Such Prepetition Actions* [Adv. Pro. No. 22-03219, Docket No. 25].

10.     On August 23, 2022, the Debtors filed the *Debtors' Opposition to the State of Montana's Motion to Modify the Automatic Stay* [Case No. 22-90054, Docket No. 1093].

11.     On August 26, 2022, the Debtor Plaintiffs filed the *Reply in Support of Their Emergency Motion for an Order (I) Extending the Automatic Stay in Certain Prepetition Actions, and (II) Preliminarily Enjoining Such Prepetition Actions* [Adv. Pro. No. 22-03219, Docket No. 39].

12.     On September 15, 2022, the Court approved the Riverbed Action Stipulation and Order, and the claims against Montana asserted in the Adversary Proceeding were severed into the Severed Adversary Proceeding.

13.     On September 29, 2022, the deadline to appeal the Riverbed Action Stipulation and Order pursuant to Bankr. R. P. 8002(a)(1) expired and the Riverbed Stipulation and Order has now become a final order.

## **Relief Requested Should be Granted**

14.     Fed. R. Civ. P. 41(a)(2) (made applicable to this Severed Adversary Proceeding by Bankr. R. P. 7041) provides, in relevant part, for the voluntary dismissal of an adversary proceeding in the following manner:

(a) VOLUNTARY DISMISSAL

> (2) *By Court Order; Effect*. Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper…[u]nless the order states otherwise, a dismissal under this paragraph (2) is without prejudice.

15. Here, the Court's approval of the Riverbed Action Stipulation and Order and terms contained therein, including, *inter alia*, the dismissal of the Severed Adversary Proceeding pursuant to paragraph 6 of the Riverbed Action Stipulation and Order, satisfies Fed. R. Civ. P. 41(a)(2). Additionally, no parties have appealed the Riverbed Action Stipulation and Order.

16. For the foregoing reasons, dismissal of the claims asserted against Montana in the Severed Adversary Proceeding and closure of the Severed Adversary Proceeding is necessary, appropriate, and in the best interests of the Debtors, their estates, and all other parties in interest in these cases. Accordingly, the Court should authorize the dismissal of the claims against Montana and closure of the Severed Adversary Proceeding.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: October 4, 2022
Houston, Texas

    /s/  Jessica Liou
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Gabriel.Morgan@weil.com
             Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
Alexander Welch (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Matt.Barr@weil.com
             Jessica.Liou@weil.com
             Alexander.Welch@weil.com

-and-

Paul R. Genender (00790758)
Erin M. Choi (24079436)
Jake Rutherford (24102439)
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone:  (214) 746-7877
Facsimile:   (214) 746-7777
Email:  Paul.Genender@weil.com
             Erin.Choi@weil.com
             Jake.Rutherford@weil.com

*Attorneys for Debtor Plaintiffs*

**<u>Certificate of Service</u>**

I hereby certify that, on October 4, 2022, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.


<u>    /s/ Jessica Liou                    </u>
Jessica Liou