United States Bankruptcy Court
Southern District of Texas

**ENTERED**

October 26, 2022

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **TALEN ENERGY SUPPLY, LLC, *et al.,*** | § | **Case No. 90054 (MI)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| ----------------------------------------------------------- | § | |
| | § | |
| **TALEN ENERGY SUPPLY, LLC,** | § | **Adversary Proc. No. 22-03271** |
| **TALEN ENERGY MARKETING, LLC,** | § | |
| **TALEN MONTANA, LLC, and** | § | |
| **NUECES BAY, LLC,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **STATE OF MONTANA,** | § | |
| | § | |
| **Defendant.** | § | |
| ----------------------------------------------------------- | § | |

## ORDER OF DISMISSAL

Having considered the *Debtor Plaintiffs' Unopposed Motion to Dismiss with Prejudice and Close Adversary* Proceeding (the "**Motion**")[2], the Court orders that the claims asserted in this Severed Adversary Proceeding against Montana are hereby dismissed and the Severed Adversary Proceeding is closed.  Each party is to bear its own costs, expenses, and attorney's fees.

**IT IS SO ORDERED.**

Signed:  October 26, 2022

_____
Marvin Isgur
United States Bankruptcy Judge

---

[1]     A complete list of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/talenenergy.  The Debtors' primary mailing address is 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, Texas 77380.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.